UNITED STATES OF AMERICA
BEFORE THE
FEDERAL ENERGY REGULATORY COMMISSION

| | |
|---|---|
| MCKENZIE ELECTRIC COOPERATIVE, INC.,     COMPLAINANT, | |
| v. | DOCKET NO. EL25-92-000 |
| BASIN ELECTRIC POWER COOPERATIVE,     RESPONDENT. | |

## AFFIDAVIT OF CHRISTOPHER A. JOHNSON

I, Christopher A. Johnson, hereby affirm and state the following:

1. My name is Christopher A. Johnson.

2. I am employed by Basin Electric Power Cooperative ("Basin Electric") as the Senior Vice President and Chief Financial Officer.

3. My business address is 1717 E. Interstate Avenue, Bismarck, ND 58503.

4. I have been employed by Basin Electric since 2024 and I have 30 years of finance and accounting experience in the utility industry.

5. I earned my Master of Business Administration from the University of Georgia and my Bachelor of Business Administration in Accounting from Georgia State University.

6. On July 16, 2025, Basin Electric received funds from the Rural Utilities Service under the terms of a loan agreement Basin Electric and the Rural Utilities Service entered into pursuant to the Rural Electrification Act of 1936.

[Next page is signature page]

EXHIBIT 4

# VERIFICATION

Pursuant to 28 U.S.C § 1746 (2018), I state under penalty of perjury that the foregoing statement is true and correct to the best of my information, knowledge, and belief.

Executed this 16th day of July, 2025.

*/s/ Christopher A. Johnson*
Christopher A. Johnson
Basin Electric Power Cooperative
Senior Vice President and Chief Financial Officer