

**RICHARD M. LORENZO**
Office Adminstrative Partner,
Washington, D.C.; Chair,
Energy; Chair, Antitrust

901 New York Avenue NW
Suite 300 East
Washington, DC  20001

**Direct**  +1 202-618-5005
**Main**   +1 2026185000
**Fax**    +1 2026185001
rlorenzo@loeb.com

Via E-Mail (jdirenfeld@orrick.com)

August 14, 2025

Jonathan Direnfeld
Orrick, Herrington & Sutcliffe LLP.
2100 Pennsylvania, Ave NW
Washington DC 20037

Dear Jonathan:

Tri-State Generation and Transmission Association, Inc. ("Tri-State") purchases power from Basin Electric Power Cooperative ("Basin") pursuant to a Wholesale Power Contract ("WPC"). Section 9 of the WPC addresses the calculation of payments when Tri-State members (including NRPPD) withdraw from or terminate their contract with Tri-State.  Specifically, Section 9 of the WPC states that when a member withdraws from Tri-State

> Tri-State shall pay such pro rata portion of the outstanding indebtedness, as well as other obligations and commitments of [Basin] at the time existing, **as shall be determined by [Basin]** and shall otherwise comply with such reasonable terms and conditions as [Basin] shall require.

(emphasis added).  Northwest Rural Public Power District ("NRPPD") is not a party to the Wholesale Power Contract between Basin and Tri-State, but as a Class C member of Basin is a third-party beneficiary of the Wholesale Power Contract pursuant to Section 11 thereof.  *See* WPC, § 11 ("Tri-State acknowledges that Seller's other members are third party beneficiaries solely with respect to Sections 9 and 10" of the WPC).

NRPPD hereby demands that Basin calculate the "pro rata portion of the outstanding indebtedness, as well as other obligations and commitments of [Basin] at the time existing" (the "Exit Fee") that will be due when NRPPD exits Tri-State.  Consistent with FERC's December 19, 2023 Order on Initial Decision in Docket No. ER21-2818 ("*Initial FERC Order*"), the calculation should be made as of the date of NRPPD's Notice of Unconditional Withdrawal, which was made on December 31, 2024.  185 FERC ¶ 61,201, at PP 428, 585 (Dec. 19, 2023).  The Exit Fee should otherwise be calculated consistently with the methodology provided in the *Initial FERC Order*.

In a June 9, 2025 filing with FERC, Tri-State represented that Basin "has not yet provided information in response to Tri-State's requests for information to be used in the calculation of Eastern member CTPs."  In contrast, FERC ruled just last week that "the actual Final Eastern Interconnection PPA Amount needs to be determined early enough in the withdrawal process that a withdrawing member can meaningfully evaluate its options" and the "process must be completed sufficiently in advance of the withdrawal date for the parties to make all necessary filings and for the Commission to approve the withdrawal agreement in a timely manner."  *Tri-*

**EXHIBIT 6**

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.   241681668.4
234006-10004



Jonathan Direnfeld<br>
August 14, 2025<br>
Page 2

*State Generation & Transmission Ass'n*, 192 FERC ¶ 61,109 at PP 58, 62. Thus, time is of the essence. Basin's refusal to provide Tri-State with an Exit Fee calculation has prevented Tri-State from providing the same calculation to NRPPD no later than June 30, 2025, as it was required to do.  Id., P. 62.

NRPPD demands that Basin provide this Exit Fee calculation to Tri-State no later than August 29, 2025.  NRPPD reserves all rights.

Sincerely,

Richard M. Lorenzo
Office Administrative Partner, Washington,
D.C.; Chair, Energy; Chair, Antitrust

cc: Kenneth F. Rossman (ken.rossman@wbd-us.com)

241681668.4<br>
234006-10004