IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORTHWEST RURAL PUBLIC POWER DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>BASIN ELECTRIC POWER COOPERATIVE, and TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.,<br><br>Defendants. | 4:25CV3153<br><br>**JOINT SCHEDULING ORDER** |

This matter comes before the court on the parties' emailed proposed Scheduling Order regarding the Plaintiff's Amended Complaint filed on September 10, 2025. ([Filing No. 31](#)). The Court finds that the proposed Scheduling Order should be adopted.

Accordingly,

IT IS ORDERED:

1. Defendants Basin Electric Power Cooperative and Tri-State Generation and Transmission Association, Inc. shall file any pleadings or motions responsive to the Amended Complaint on or before October 10, 2025.

2. If a responsive motion is filed, Plaintiff Northwest Rural Public Power District shall file its response or resistance to that motion on or before October 31, 2025.

3.     Defendants may file any reply to the Plaintiff's response or resistance on or before November 14, 2025.

4.     In the event that neither Defendant files a responsive motion, paragraphs 2 and 3 of this Order will be moot, and the parties will proceed pursuant to the Federal Rules of Civil Procedure.

Dated this 12th day of September, 2025.

BY THE COURT:

s/ Ryan C. Carson  
United States Magistrate Judge