IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORTHWEST RURAL PUBLIC POWER DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>BASIN ELECTRIC POWER COOPERATIVE and TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.,<br><br>Defendants. | Case No. 4:25-cv-03153-SMB-RCC<br><br>**DEFENDANT BASIN ELECTRIC POWER COOPERATIVE'S INDEX OF EVIDENCE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, STAY PROCEEDINGS** |

Defendant Basin Electric Power Cooperative submits the following evidence in support of its Motion to Dismiss Plaintiff Northwest Rural Public Power District's First Amended Complaint, or, Alternatively, Stay Proceedings:

1. Declaration of James Horan.

    a. Exhibit A to the Horan Declaration, Motion to Dismiss, *Basin Elec. Power Coop.*, Nos. ER20-2441-000 et al. (FERC July 16, 2025).

    b. Exhibit B to the Horan Declaration, Basin Motion to Dismiss, *McKenzie Elec. Coop., Inc. v. Basin Elec. Power Coop.*, No. EL25-92 (FERC July 16, 2025).

    c. Exhibit C to the Horan Declaration, Motion for Leave to Answer and Answer, *Basin Elec. Power Coop.*, Nos. ER20-2441-000 et al. (FERC Oct. 10, 2025).

2. Declaration of Matthew D. LaBrie.

    a. Exhibit D to the Labrie Declaration, Motion for Leave to Answer and Answer

of Tri-State, *Tri-State Generation & Transmission Ass'n, Inc.*, Docket Nos. ER21-2818-008 et al. (June 9, 2025).

Dated this 10th day of October, 2025.

*/s/ Michael S. Degan*
Michael S. Degan, #20372
Spencer J. Mitchell, #27896
Rachel A. Carrigan, #27966
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
mike.degan@kutakrock.com
spencer.mitchell@kutakrock.com
rachel.carrigan@kutakrock.com


Jonathan A. Direnfeld (*pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Ave, NW
Washington, D.C. 20037
(202) 339-8400
jdirenfeld@orrick.com

Lisa T. Simpson (*pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
(212) 506-5000
lsimpson@orrick.com

Matthew D. LaBrie (*pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street, Ste. 2000
Boston, MA 02116
(617) 880-1800
mlabrie@orrick.com


*Counsel for Basin Electric Power Cooperative*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 10, 2025, I caused a copy of the foregoing Index to be filed electronically through the Court ECF system, with notice sent electronically to all counsel of record.

Dated: October 10, 2025

             */s/ Michael S. Degan*
             Michael S. Degan