IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORTHWEST RURAL PUBLIC POWER DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>BASIN ELECTRIC POWER COOPERATIVE and TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.,<br><br>Defendants. | Case No. 4:25-cv-03153-SMB-RCC<br><br>**DECLARATION OF JIM HORAN IN SUPPORT OF DEFENDANT BASIN ELECTRIC POWER COOPERATIVE'S MOTION TO DISMISS** |

I, James Horan, declare and state as follows:

1. I am the Senior Vice President and General Counsel of Defendant Basin Electric Power Cooperative ("Basin"). I submit this Declaration in support of Basin's motion to dismiss. I make this Declaration based on my own personal knowledge. I am competent to testify to the matters stated herein.

2. I understand that Plaintiff Northwest Rural Public Power District ("NRPPD") has filed a lawsuit against Basin and co-Defendant Tri-State Generation & Transmission Association, Inc. ("Tri-State"), and that, among other things, NRPPD seeks a declaratory judgment that Basin and Tri-State are barred by the doctrines of res judicata and collateral estoppel from making any argument that they are not bound by two orders issued by the Federal Energy Regulatory Commission ("FERC"): *Tri-State Generation & Transmission Association, Inc.*, 185 FERC ¶ 61,201 (Dec. 19, 2023) ("Initial FERC Order"), and *Northwest Rural Public Power District v. Basin Electric Power Cooperative*, 189 FERC ¶ 61,164, at PP 77-78 (Dec. 5, 2024) ("Contract Order"). I refer to both orders collectively as "FERC's Orders."

3. Basin intends to abide by the FERC Orders unless and until they are overturned or vacated by a competent court or agency. While Basin is exercising its statutory right to appeal FERC's Contract Order and has intervened in the ongoing appeals from the Initial FERC Order, Basin has no ongoing collateral litigation contesting those FERC Orders. Nor does Basin intend to file any such collateral challenge in the future.

4. NRPPD assumes that Basin intends to take the position that it is not bound by FERC's Orders because Basin has moved to dismiss various pending FERC proceedings involving Basin. Those motions, true and correct copies of which are attached hereto as Exhibits A and B, explain that Basin is seeking dismissal of those proceedings because it received financing from the Rural Utilities Service under the Rural Electrification Act of 1936 and is therefore statutorily exempt from FERC regulation. *See* Ex. A at 1-2.; Ex. B. at 1-2. Those motions do not seek to exempt Basin from FERC's Orders absent some further judicial or administrative relief.

5. Nor has Basin ever taken such a position. In fact, in Basin's Answer to comments filed regarding Basin's primary motion, a true and correct copy of which is attached hereto as Exhibit C, Basin explained that "Basin Electric is not seeking to use FPA section 201(f)'s exemption to vacate the numerous actions the Commission took" while Basin was subject to FERC's jurisdiction. Ex. C. at 29. Basin has not moved to dismiss either of the FERC proceedings in which FERC issued the FERC Orders that are the subject of NRPPD's claim.

6. In its initial Complaint, NRPPD alleged that Basin "verbally asserted that because it would no longer be subject to FERC jurisdiction, it would no longer bound by the Contract Claim Order." Dkt. 1 ¶ 12. I am not aware of anyone at Basin who has made such an assertion. As discussed above, this is inconsistent with Basin's position that it intends to follow the FERC Orders unless they are vacated or reversed. Any contrary assertion does not reflect the views of Basin. Notably,

NRPPD has dropped that allegation in its First Amended Complaint and, to my knowledge, has never provided Basin with any support for it (e.g. identifying the Basin employee or employees who made the purported assertion).

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/10/25__, at Bismarck, North Dakota.

/s/
James Horan

## CERTIFICATE OF SERVICE

    I hereby certify that on October 10, 2025, I caused a copy of the foregoing Declaration to be filed electronically through the Court ECF system, with notice sent electronically to all counsel of record.

Dated: October 10, 2025

/s/
Michael S. Degan