IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORTHWEST RURAL PUBLIC POWER DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>BASIN ELECTRIC POWER COOPERATIVE and TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.,<br><br>Defendants. | Case No. 4:25-cv-03153-SMB-RCC<br><br>DECLARATION OF MATTHEW D. LABRIE IN SUPPORT OF DEFENDANT BASIN ELECTRIC POWER COOPERATIVE'S MOTION TO DISMISS PLAINTIFF's FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, STAY PROCEEDINGS |

I, Matthew D. LaBrie, declare and state as follows:

1. I am a partner at Orrick, Herrington & Sutcliff LLP. I am one of the attorneys representing Defendant Basin Electric Power Cooperative ("Basin") and have been admitted to practice *pro hac vice* in this matter. I submit this Declaration in support of Basin's Motion to Dismiss Plaintiff's First Amended Complaint or, Alternatively, Stay Proceedings. I make this Declaration based on my own personal knowledge. I am competent to testify to the matters stated herein.

2. Attached as Exhibit D is a true and correct copy of the Motion for Leave to Answer and Answer of Tri-State Generation and Transmission Association, Inc., filed in FERC Docket Nos. ER21-2818-008 et al. on June 9, 2025.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2025, at Boston, Massachusetts

/s/ Matthew D. LaBrie

1

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on October 10, 2025, I caused a copy of the foregoing Declaration to be filed electronically through the Court ECF system, with notice sent electronically to all counsel of record.

Dated: October 10, 2025

                            */s/*
                            Michael S. Degan