# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORTHWEST RURAL PUBLIC POWER DISTRICT,<br><br>      Plaintiff,<br><br> v.<br><br>BASIN ELECTRIC POWER COOPERATIVE and TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.<br><br>      Defendants. | Case No. 4:25-cv-03153-SMB-RCC |

## TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST CAUSE OF ACTION

Defendant Tri-State Generation and Transmission Association, Inc. hereby submit this evidence index in support of their Motion to Dismiss Plaintiff's First Cause of Action:

Exhibit 1: Affidavit of Thomas Q. Swanson in support of Defendant Tri-State Generation and Transmission Association, Inc.'s Motion to Dismiss Plaintiff's First Cause of Action

Exhibit 2: *Tri-State Generation & Transmission Ass'n v. Tri-State Generation & Transmission Ass'n,* 185 F.E.R.C. ¶ 61,201 (2003) ("Initial FERC Order")

Exhibit 3: *Tri-State Generation & Transmission Ass'n*, 180 F.E.R.C. ¶ 63,034 (2002) ("Initial Decision Public")

Exhibit 4: *Northwest Rural Pub. Power Dist. v. Basin Elec. Power Coop.*, 189 F.E.R.C. ¶ 61,164 (2004) ("Contract Claim Order")

DATED: October 10, 2025                    Respectfully submitted,

*/s/ Kenneth F. Rossman, IV*
Kenneth F. Rossman, IV
Colorado Bar No. 29249
Attorney for Defendant Tri-State Generation
& Transmission Association, Inc.
WOMBLE BOND DICKINSON (US) LLP
1601 19th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 623-9000
Fax: (303) 623-9222
Email: ken.rossman@wbd-us.com

*/s/ Thomas Q. Swanson*
Thomas Q. Swanson
Bar No. 27461
HILGERS GRABEN PLLC
1320 Lincoln Mall, Suite 200
Lincoln, NE 68508
Telephone: (402) 395-4469
Fax: (402) 413-1880
Email: tswanson@hilgersgraben.com

*Attorneys for Defendant* TRI-STATE GENERATION & TRANSMISSION ASSOCIATION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I electronically filed the foregoing document and the exhibits attached thereto with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

*s/ Thomas Q. Swanson*
Thomas Q. Swanson