# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORTHWEST RURAL PUBLIC POWER DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>BASIN ELECTRIC POWER COOPERATIVE and TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.<br><br>Defendants. | Case No. 4:25-cv-03153-SMB-RCC |

### DECLARATION OF THOMAS Q. SWANSON IN SUPPORT OF TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST CAUSE OF ACTION

I, Thomas Q. Swanson, do hereby declare pursuant to 28 U.S.C. § 1746(2) under penalty of perjury that the following is true and accurate based upon my personal knowledge and belief:

1. I am over 21 years of age and legally competent to testify.

2. I am not a party to this action.

3. I am counsel for Defendant and Tri-State Generation and Transmission Association, Inc. ("Tri-State") in the above-captioned actions, and I make this declaration in support of Tri-State's Motion to Dismiss Plaintiff's First Cause of Action.

4. Attached to the Index of Evidence filed herewith (ECF No. 37) as Exhibit 2 thereto is a true and correct copy of the "Initial FERC Order," *Tri-State Generation & Transmission Ass'n v. Tri-State Generation & Transmission Ass'n,* 185 F.E.R.C. ¶ 61,201 (2003) (cited in First Am. Compl. at, *e.g.*, ¶ 6).

5.  Attached to the Index of Evidence filed herewith (ECF No. 37) as Exhibit 3 thereto is a true and correct copy of the "Initial Decision Public," *Tri-State Generation & Transmission Ass'n*, 180 F.E.R.C. ¶ 63,034 (2002).

6.  Attached to the Index of Evidence filed herewith (ECF No. 37) as Exhibit 4 thereto is a true and correct copy of the "Contract Claim Order," *Northwest Rural Pub. Power Dist. v. Basin Elec. Power Coop.*, 189 F.E.R.C. ¶ 61,164 (2004) (cited in First Am. Compl. at, *e.g.*, ¶ 8).

Executed on October 10, 2025, in Lincoln, Nebraska.

Respectfully submitted,

_____
Thomas Q. Swanson