IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORTHWEST RURAL PUBLIC POWER DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>BASIN ELECTRIC POWER COOPERATIVE and TRI-STATE GENERATION and TRANSMISSION ASSOCIATION, INC.<br><br>Defendants. | Case No. 4:25-cv-03153 |

**PLAINTIFF'S UNOPPOSED MOTION FOR COMBINED RESPONSE AND BRIEF IN OPPOSITION TO MOTIONS TO DISMISS, AND MOTION FOR OVERLENGTH BRIEF**

Pursuant to NECivR 7.1(d)(2), Plaintiff Northwest Rural Public Power District ("NRPPD" or "Plaintiff"), by and through its undersigned counsel, hereby moves the Court for permission to file a combined response to Defendants' Motions to Dismiss First Amended Complaint, and a combined brief longer than the length prescribed in NECivR 7.1(d)(1)(B) in response. The undersigned counsel has conferred with all parties, and this Motion is unopposed. Specifically, NRPPD submits that it has good cause to file a combined response, and a brief exceeding the word limitation by 5000 words, for the following reasons:

1. NECivR 7.1(d)(1)(B) permits Plaintiff to file separate briefs in opposition to each Defendant's Motion to Dismiss, with the length of each not to exceed 13,000 words.

2. Some, but not all, of the arguments made by the Defendants are duplicative.

3.      To avoid duplication, conserve court resources, and expedite the review of the Motions to Dismiss, Plaintiff proposes filing a single, combined Brief in Opposition totaling no more than 18,000 words.

4.      The undersigned counsel has conferred with counsel for the Defendants, and there is no objection to this proposed procedure.

WHEREFORE, for the reasons set forth above, NRPPD respectfully moves this Court for permission to file a single opposing brief longer than the length prescribed in NECivR 7.1(d)(1)(B) in response to the pending Motions to Dismiss.

DATED: October 22, 2025

                NORTHWEST RURAL PUBLIC POWER DISTRICT, Plaintiff

By:    */s/ David Jarecke*
David Jarecke, #20088
Ellen Kreifels, #25481
Blankenau Wilmoth Jarecke LLP
2900 South 70th Street, Suite 150
Lincoln, NE 68506
402.4758.7080
dave@bwjlawgroup.com
ellen@bwjlawgroup.com

By:    */s/ Patrick T. Vint*
Patrick T. Vint, #26176
Woods Aitken LLP
10250 Regency Parkway, Suite 525
Omaha, NE 68164
402.898.7400
pvint@woodsaitken.com

By:  /s/ *Richard M. Lorenzo*
Richard Lorenzo (*admitted pro hac vice*)
J.D Taliaferro (*admitted pro hac vice*)
Nicole Travers (*admitted pro hac vice*)
Loeb & Loeb LLP
901 New York Avenue NW
Washington, DC 20001
Tel.: 202.618.5000
rlorenzo@loeb.com
jtaliaferro@loeb.com
ntravers@loeb.com
*Attorneys for the Plaintiff Northwest Rural Public Power District*

### CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the filing by email to all counsel of record.

/s/ *Patrick T. Vint*
Patrick T. Vint

3